

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

ELEFSIS SHIPPING COMPANY     :

     Plaintiff,     :

   - against -     :

ATLAS INTERNATIONAL SHIPPING  :
& PROJECT, a/k/a ATLAS     :
ULUSLARARASI NAKLIYAT PROJE  :
TASIMACILIK SAN VE DIS TIC LTD  :
STI     :

     Defendant.     :
-------------------------------------------------X

07  CV  11151

07 CV _____

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

NONE.

Dated: December 11, 2007
     New York, NY

The Plaintiff,
ELEFSIS SHIPPING COMPANY,

By: _____
Clairisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com